# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JUAN RAMIREZ, | No. CV 16-2602-SVW (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RAYMOND MADDEN, Warden, | |
| Respondent. | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 16, 2017

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE